[Nos. 17939–0–I; 18536–5–I; 18537–3–I.   Division One.   July 6, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
JERRY R. GERARD, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 85–1–03935–8, Robert M. Elston, J., entered

February 19, 1986. *Dismissed* by unpublished per curiam opinion.